# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CASEY McCAIN**                                                    **PLAINTIFF**

**V.**                      **CASE NO. 3:14CV101-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on November 6, 2014, and filed in this case (docket entry #16), it is CONSIDERED, ORDERED, and ADJUDGED that this matter is remanded to the Commissioner of the Social Security Administration under Sentence four of 42 U.S.C. § 405(g), for further administrative action.  Judgment is entered in favor of the Plaintiff.

So ordered, this 7th day of November, 2014.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE