# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CASEY McCAIN**                                                                                          **PLAINTIFF**

**V.**            **CASE NO.: 3:14CV00101 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

Plaintiff Casey McCain has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #18) She seeks fees in the amount of $1,948.70 and expenses in the amount of $20.07. The Commissioner does not object to the amounts requested. (#20)

Ms. McCain's motion (#18) is GRANTED, and she is awarded $1,968.77 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 9th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE